# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| GEORGE A. BURNS, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:20-cv-29 |
| | * | |
| v. | * | |
| | * | |
| WARDEN-FCI JESUP, | * | |
| | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Petitioner George Burns ("Burns") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 8 at 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Burns' 28 U.S.C. § 2241 Petition for failure to follow this Court's Order and Local Rules, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment

AO 72A
(Rev. 8/82)

of dismissal, and **DENIES** Burns *in forma pauperis* status on appeal.

SO ORDERED, this 20 day of July, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)